# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ONE STEP UP, LTD., et al.,<br><br>Defendants. | Case No.: CV 18-3072-DMG (SKx)<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE [41]** |

Having reviewed the parties' stipulation to dismiss the above-captioned action with prejudice, and finding good cause thereon,

IT IS HEREBY ORDERED that this action be dismissed with prejudice, against all Defendants, with the parties to bear their respective costs and attorneys' fees as incurred against one another.

DATED: July 23, 2019

　　　　　　　　　　　　　　　　　/s/ Dolly M. Gee
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE